SCPW-18-0000249

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEBORAH ANN HOKULANI JOSHUA, Petitioner,

vs.

THE HONORABLE BERT I. AYABE, THE HONORABLE JEANNETTE H. CASTAGNETTI, and THE HONORABLE JEFFREY P. CRABTREE, Judges of the Circuit Court of the First Circuit, State of Hawai'i, Respondent Judges,

and

STATE OF HAWAI'I, By Its Office of Consumer Protection, RONALD R. RABANG, and MATTHEW G. AIELLO, Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 08-1-0240)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Deborah Ann Hokulani Joshua's petition for writ of mandamus, filed on March 29, 2018, the documents attached thereto and submitted in support thereof, and the record, it appears that, based on the record presented to the court, petitioner fails to demonstrate that she is entitled to the requested writ of mandamus. See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to

relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; where a court has discretion to act, mandamus will not lie to interfere with or control the exercise of that discretion, even when the judge has acted erroneously, unless the judge has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, April 16, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

2